Donald Wayne DUNCAN, Appellant,

v.

UNITED STATES of America, Appellee.

No. 06–1305.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 25, 2007.

Filed: Jan. 30, 2007.

Donald Wayne Duncan, Benton, AR, pro se.

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Donald Wayne Duncan appeals the district court's [1] 28 U.S.C. § 1915(e)(2)(B) dismissal of his lawsuit against the United States. To the extent Duncan's brief-which simply restates most of his claims and allegations-is sufficient to raise any issues for review, see *Harris v. Folk Constr. Co.*, 138 F.3d 365, 366–67 n. 1 (8th

[1]. The Honorable G. Thomas Eisele, United States District Judge for the Eastern District

Cir.1998) (by failing to assert grounds for challenging certain rulings, appellant is deemed to have waived related issues on appeal), we find no basis for reversal, see *Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam) (de novo standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.